**Order entered September 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00255-CV

## IN RE GUARDIANSHIP OF JOYCE MARGOL, AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-02238-2**

## ORDER

Before the Court is appellee Marla Margol's September 10, 2021 unopposed motion to extend time to file her brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than October 11, 2021.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE